**Opinion issued May 6, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00223-CV

———————————

**HONGHUA AMERICA, LLC, NCE MANAGEMENT, LLC, AND SICHUAN HONGHUA PETROLEUM EQUIPMENT, LTD., Appellants**

**V.**

**MANUEL ALFREDO SOSA, QUIPICA, LLC, AND QUIMICOS PETROLEOS INTEGRADOS, C.A., Appellees**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Case No. 2011-56882-A**

---

## MEMORANDUM OPINION

The parties, representing that they have reached a resolution of this matter, have filed an agreed motion to dismiss the appeal. No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2); 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.